IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| NANCY B. MILLER, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-cv-129 (CDL) |
| | * |
| GEORGIA PUBLIC DEFENDER STANDARDS COUNCIL, as it governs, manages, and controls the CHATTAHOOCHEE CIRCUIT PUBLIC DEFENDER'S OFFICE, OMOTAYO B. ALLI, in her Official Capacity as Director of the Georgia Public Defender Standards Council, and MOFFETT FLOURNOY, in his Official Capacity as Circuit Public Defender for the Chattahoochee Judicial Circuit, | * * * * * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 11th day of July 2022.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk