IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| NANCY B. MILLER. | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO. |
| | * | 4:21-CV-001290CDL |
| v. | * | |
| | * | |
| GEORGIA PUBLIC DEFENDER | * | |
| STANDARD COUNCIL, as it | * | |
| Governs, manages, and control the | * | |
| CHATTAHOOCHEE CIRCUIT | * | |
| PUBLIC DEFENDER'S CIRCUIT, | * | |
| OMOTAYO B. ALLI, in her official | * | |
| Capacity as Director of the Georgia | * | |
| Public Defender Standards Council, | * | |
| And MOFFETT FLOUNOY, in his | * | |
| Official Capacity as Circuit Public | * | |
| Defender for the Chattahoochee | * | |
| Judicial Circuit | * | |

## NOTICE OF APPEAL

Plaintiff Nancy B. Miller appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's July 11, 2022 order granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint and denying Plaintiff's Motion to Amend Complaint (Doc. 29).

Respectfully submitted the 5th day of August, 2022.

                                                     The Law Offices of J. Mark Shelnutt and William
                                                   J. Kendrick, II
                                                   Attorney for Plaintiff

                                                   By: *s/J. Mark Shelnutt*
                                                       J. Mark Shelnutt
                                                       Ga. State Bar No.:  004020
                                                       Justice No.: 3765636

The Law Offices of J. Mark Shelnutt and
William J. Kendrick, II
233 12th Street, Suite 600
Columbus, Georgia 31902-1437
Tel: 706.324.4343
Fax: 706.221.5408
Email: legalsecretary@shelnuttlaw.com; jms@shelnuttlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **NANCY B. MILLER.** | * | |
| | * | |
|     **Plaintiff,** | * | **CIVIL ACTION FILE NO.** |
| | * | **4:21-CV-001290CDL** |
| **v.** | * | |
| | * | |
| **GEORGIA PUBLIC DEFENDER** | * | |
| **STANDARD COUNCIL, as it** | * | |
| **Governs, manages, and control the** | * | |
| **CHATTAHOOCHEE CIRCUIT** | * | |
| **PUBLIC DEFENDER'S CIRCUIT,** | * | |
| **OMOTAYO B. ALLI, in her official** | * | |
| **Capacity as Director of the Georgia** | * | |
| **Public Defender Standards Council,** | * | |
| **And MOFFETT FLOUNOY, in his** | * | |
| **Official Capacity as Circuit Public** | * | |
| **Defender for the Chattahoochee** | * | |
| **Judicial Circuit** | * | |

## CERTIFICATE OF SERVICE

    I, J. Mark Shelnutt, hereby certify on August 5th, 2022, caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

    Respectfully submitted,

                                                      The Law Offices of J. Mark Shelnutt and William
                                                      J. Kendrick, II
                                                      Attorney for Plaintiff

                                                      By: *s/J. Mark Shelnutt*
                                                           J. Mark Shelnutt
                                                           Ga. State Bar No.:  004020
                                                           Justice No.: 3765636

The Law Offices of J. Mark Shelnutt and
William J. Kendrick, II
233 12th Street, Suite 600
Columbus, Georgia 31902-1437
Tel: 706.324.4343
Fax: 706.221.5408
Email: legalsecretary@shelnuttlaw.com; jms@shelnuttlaw.com